# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| RAYMOND J. BROKENBROUGH, JR., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-692-CJB |
| CAPITOL CLEANERS & LAUNDERERS, INC., | ) |
| Defendant. | ) |

## ORDER

At Wilmington, Delaware this **19th** day of **May, 2015**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that:

1. Defendant's Motion for Summary Judgment, (D.I. 54), is GRANTED.

2. The unresolved portion of Defendant's Motion to Withdraw Scheduling Order and for Rule to Show Cause, (D.I. 59), is DENIED as MOOT.

3. The motions presented in Plaintiff's March 8, 2015 filing, (D.I. 63), styled as a "Motion to Reschedule the Scheduling Order[/]Pretrial Hearing" and "Motion to Dismiss Summary Judgment," are DENIED.

2. Judgment is hereby entered FOR DEFENDANT and AGAINST PLAINTIFF.

3. The Clerk of the Court is directed to CLOSE this case.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE